PETER A. BEE*
RICHARD P. READY
PETER M. FISHBEIN
JAMES R. HATTER
THOMAS J. DONOVAN †
KENNETH A. GRAY
DONALD J. FARINACCI
WILLIAM C. DeWITT
MICHAEL P. SIRAVO

OF COUNSEL

EDWARD P. RA
ROBERT G. LIPP †
ROBERT R. McMILLAN *(Retired)*

\* ALSO ADMITTED IN FL
\*\* ALSO ADMITTED IN NJ
† DECEASED

**BEE READY FISHBEIN HATTER & DONOVAN, LLP**

# BRFH&D

ATTORNEYS-AT-LAW

SENIOR ASSOCIATES

\*\*STEPHEN L. MARTIR
ANDREW K. PRESTON

ASSOCIATES

† BRIAN A. SUPER
DEANNA D. PANICO
PETER OLIVERI, JR.
AMOS BRUNSON, JR.
DARNELL J. MARROW
RHODA Y. ANDORS

MAILING/SERVICE ADDRESS

NASSAU COUNTY OFFICE

January 28, 2019

Honorable Sandra J. Feuerstein
United States District Court
100 Federal Plaza
Central Islip, New York 11722

      RE: **Semencic v. County of Nassau, et al.**
        <u>**USDC EDNY Docket No.: 18-CV-05244 (SJF)(AKT)**</u>

Dear Judge Feuerstein:

  This law firm represents the Defendants, The Franklin Square and Munson Fire Department, Daniel Maloney, and Robert Fineo, (collectively, the "Fire Department") in the above-referenced Action. We hereby join in the County's application, filed earlier today, for an Order to unseal Plaintiff's arrest and prosecution records. We further request that if the Court is inclined to grant the County's motion to unseal Plaintiff's criminal arrest and prosecution records, that the Defendant Fire Department be permitted to obtain a copy of those records, in addition to the County Defendants.

  Thank you for your consideration of this matter.

                Very Truly Yours,

                Deanna D. Panico