| LAURA CURRAN | | JARED A. KASSCHAU |
| :--- | :---: | ---: |
| **County Executive** |  | **County Attorney** |

## COUNTY OF NASSAU
## OFFICE OF THE COUNTY ATTORNEY

April 16, 2019

Honorable A. Kathleen Tomlinson
United States District Court, Eastern District New York
100 Federal Plaza
Central Islip, New York 11722

  Re.: <u>Carl Semencic v. The County of Nassau, et al.</u>
     18-CV-5244 (SJF)(AKT)

Dear Judge Tomlinson:

  The Nassau County Attorney's Office represents the County Defendants in connection with the above-referenced matter.

  Pursuant to Your Order at the conference held on April 2, 2019, I write to respectfully inform Your Honor and the parties that the Internal Affairs Unit ("IAU") within the Nassau County Police Department ("NCPD") has not conducted any investigation in connection with the instant action.

  Thanking the Court for its time and consideration, I remain

                Respectfully,

                */S Stephen Carlin*
                Stephen Carlin
                Deputy County Attorney

cc: All Parties (Via ECF)