| LAURA CURRAN | | JARED A. KASSCHAU |
|---|---|---|
| **County Executive** |  | **County Attorney** |

## COUNTY OF NASSAU
## OFFICE OF THE COUNTY ATTORNEY

April 30, 2019

Honorable A. Kathleen Tomlinson
United States District Court, Eastern District New York
100 Federal Plaza
Central Islip, New York 11722

    Re.:    <u>Carl Semencic v. The County of Nassau, et al.</u>
            18-CV-5244 (SJF)(AKT)

Dear Judge Tomlinson:

    The Nassau County Attorney's Office represents the County Defendants in connection with the above-referenced matter.

    Pursuant to Your Order dated April 15, 2019 [DE27], I write to respectfully inform Your Honor and the Parties that the County Defendants received this afternoon all files from Plaintiff's underlying criminal matter from the First District Court, Nassau County. Same will be produced to all Parties expeditiously. I apologize to the Court and the Parties for any delay in the proceedings.

    Thanking the Court for its time and consideration, I remain

                              Respectfully,

                              */S Stephen Carlin*
                              Stephen Carlin
                              Deputy County Attorney

cc:    All Parties (Via ECF)

**ONE WEST STREET - MINEOLA, NEW YORK 11501-4820**
516-571-3056, FAX: 516-571-6684, 6604
WRITER'S DIRECT LINE: 516-571-6074
WRITER'S E-MAIL: SCARLIN@NASSAUCOUNTYNY.GOV