**EXHIBIT C**



Brian Stapleton <brian.t.stapleton@gmail.com>

## Carl Semencic v. County, et al. - Criminal Court File

1 message

**Carlin, Stephen** <SCarlin@nassaucountyny.gov>      Sun, May 5, 2019 at 2:50 PM
To: "brian.t.stapleton@gmail.com" <brian.t.stapleton@gmail.com>, Deanna Panico <DPanico@beereadylaw.com>
Cc: "Reissman, Ralph J" <RReissman@nassaucountyny.gov>, "msiravo@beereadylaw.com" <msiravo@beereadylaw.com>

Good afternoon Counselors,

Please see the attached Hempstead District Court files regarding Mr. Semencic's criminal matter. The documents are Bates stamped NCAO 000010-000638, and are meant to supplement the County Defendants' initial disclosures. A CD with the files will also be mailed to you this week.

Please don't hesitate to contact me if you have any other questions. I will be on trial this week in Central Islip, but will check my email periodically.

Regards,

**Stephen Carlin**

Deputy County Attorney

One West St.

Mineola, NY 11501

(516) 571-6074

NOTICE: The information contained in (and attached to) this e-mail is intended only for the personal and confidential use of the designated recipient(s) named above. This message may be an attorney/client communication and, as such, is privileged and confidential. If the reader of this message is not the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you received this communication in error, please notify us immediately by reply e-mail, and delete the original message (including attachments).

📎 **Bates 000010-000638 Semencic Dist Ct File.pdf**
32170K