UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X   18-CV-5244 (SJF)(AKT)
CARL SEMENCIC,

                                       Plaintiff,

-against-

THE COUNTY OF NASSAU; THE NASSAU COUNTY POLICE DEPARTMENT; COMMISSIONER PATRICK J. RYDER, individually and officially; POLICE OFFICER ROBERT B. McGRORY, individually and officially; POLICE OFFICER KENNTH J. MAGNUSON, individually and officially; JOHN DOE #1, individually and officially; THE FRANKLIN SQUARE AND MUNSON FIRE DEPARTMENT; DANIEL MALONEY, individually; ROBERT FINEO, individually; and JOHN DOE #2, individually,

                                       Defendants.
------------------------------------------------------------------------ X

**NOTICE OF CROSS-MOTION FOR RELIEF FROM AN ORDER PURSUANT TO FED. R. CIV. P. 55 and FED. R. CIV. P. 60**

      **PLEASE TAKE NOTICE**, that upon the Declaration of Stephen Carlin, Deputy County Attorney, dated April 20, 2020, the accompanying Memorandum of Law dated April 20, 2020, and all prior pleadings and proceedings had herein, defendants, County Of Nassau, The Nassau County Police Department, Patrick J. Ryder, Robert B. McGrory, and Kenneth J. Magnuson (hereinafter collectively referred to as the "County Defendants"), by their attorney, Jared A. Kasschau, Nassau County Attorney, by Stephen Carlin, Deputy County Attorney, will move this Court, before the Hon. Sandra J. Feuerstein, at the courthouse located at 100 Federal Plaza, Central Islip, New York at a time to be scheduled by the Court, for relief from the oral and unrecorded Order of Contempt and Order striking the County Defendants' Answer at the March 10, 2020 conference, Pursuant to Fed. R. Civ. P. 55 (c) and/or Fed. R. Civ. P. 60 (a), (b) (1) and (6), and together with all such other and further relief the Court deems proper.

      **PLEASE TAKE FURTHER NOTICE**, that, pursuant to Judge Feuerstein's Electronic Order dated March 26, 2020, reply affidavits and memoranda shall be served by May 1, 2020.

Dated: Mineola, New York
April 20, 2020

          **JARED A. KASSCHAU**
          Nassau County Attorney
          Attorney for the County Defendants

By:  /s/ *Stephen Carlin*
     Stephen Carlin
     Deputy County Attorney
     One West Street
     Mineola, New York 11501
     (516) 571-6074

TO: (Via ECF)

Brian T. Stapleton, Esq.
Attorney(s) for Plaintiff
Bennett Bricklin & Saltzburg LLC
50 Broad Street
Suite 1609
New York, NY 10004

Bee Ready Fishbein Hatter and Donovan
Attorney(s) for the Fire Department Defendants
170 Old Country Road
Suite 200
Mineola, NY 11501