# EXHIBIT A

## Long Gun Appeal

**Todd, Christopher V.** <██████@PDCN.ORG>
Fri 2/14/2020 12:51 PM

To: Carlin, Stephen <SCarlin@nassaucountyny.gov>

📎 1 attachments (155 KB)
173.pdf;

Steve:

Attached please find a copy of PDCN 173 – Long Gun Review Record. This is provided to individuals when the PD has confiscated their firearms. It is how the individual would initiate the procedure to have the firearms returned to him/her. Upon receipt, the appropriate Department member would review the submitted form and any additional information, and make a determination whether or not the firearms will be returned.

Thanks,



Christopher V. Todd
Deputy Bureau Chief
Nassau County Police Department
Legal Bureau
1490 Franklin Avenue
Mineola, NY 11501
████████
@pdcn.org

Disclaimer: This transmission (including any attachments) may contain confidential information, privileged material (including material protected by the attorney-client or other applicable privileges), or constitute non-public information. Any use of this information by anyone other than the intended recipient is prohibited. If you have received this transmission in error, please immediately reply to the sender and delete this information from your system. Use, dissemination, distribution, or reproduction of this transmission by unintended recipients is not authorized and may be unlawful.