# EXHIBIT B

Case 2:18-cv-05244-NRM-AYS    Document 53-3    Filed 04/20/20    Page 2 of 4 PageID #: 1526

## RE: Carl Semencic v. County of Nassau, et al. - Long Gun Review Record

Carlin, Stephen <SCarlin@nassaucountyny.gov>

Fri 3/6/2020 10:45 AM

**To:** Brian Stapleton <brian.t.stapleton@gmail.com>

Good morning Brian,

I forwarded this to the PD last week. They requested your client mail them the original long gun form as well, if he has not already done so. Please mail it to:

Nassau County Police Department
ATTN: Pistol License Bureau
1490 Franklin Avenue
Mineola, NY 11501

Please let me know if you have any other questions. I'm sure we'll talk more at the conference next Tuesday.

Regards,

**Stephen Carlin**
Deputy County Attorney
One West St.
Mineola , NY 11501
(516) 571-6074

NOTICE: The information contained in (and attached to) this e-mail is intended only for the personal and confidential use of the designated recipient(s) named above. This message may be an attorney/client communication and, as such, is privileged and confidential. If the reader of this message is not the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you received this communication in error, please notify us immediately by reply e-mail, and delete the original message (including attachments).

**From:** Brian Stapleton <brian.t.stapleton@gmail.com>
**Sent:** Monday, February 24, 2020 2:46 PM
**To:** Carlin, Stephen <SCarlin@nassaucountyny.gov>
**Subject:** Re: Carl Semencic v. County of Nassau, et al. - Long Gun Review Record

Attention: This email came from an external source. Do not open attachments or click on links from unknown senders or unexpected emails.

Stephen

See attached and thank you.

Brian

On Tue, Feb 18, 2020 at 5:10 PM Carlin, Stephen <SCarlin@nassaucountyny.gov> wrote:

Good afternoon Brian,

To follow up on our phone conversation, please see the attached Long Gun Review Record. This is generally how an individual would initiate the procedure to have firearms returned. Please don't hesitate to contact me if you have any questions.

Regards,

**Stephen Carlin**
Deputy County Attorney
One West St.
Mineola , NY 11501
(516) 571-6074

NOTICE: The information contained in (and attached to) this e-mail is intended only for the personal and confidential use of the designated recipient(s) named above. This message may be an attorney/client communication and, as such, is privileged and confidential. If the reader of this message is not the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you received this communication in error, please notify us immediately by reply e-mail, and delete the original message (including attachments).

Nassau County  Police Department

## LONG GUN REVIEW RECORD

**WARNING:** You may not possess a firearm if prohibited by Federal or State law. The information you provide will be used to determine whether you are prohibited under law from possessing a firearm. Certain violations of the Gun Control Act, 18 U.S.C. Section 921 et. seq., are punishable by up to 10 years imprisonment and/ or up to a $250,000 fine.

Under Penal Law 210.45, a person is guilty of making a punishable false written statement when that person knowingly makes a false statement, which he or she does not believe to be true, in a written instrument bearing a legally authorized form notice to the effect that false statements made therein are punishable.

CASE REPORT NUMBER:

| LAST NAME | FIRST NAME | MIDDLE NAME | MALE ☑ |
|---|---|---|---|
| Semencic | Carl | Thomas | FEMALE ☐ |

| NUMBER AND STREET ADDRESS | TOWN | STATE | ZIP CODE |
|---|---|---|---|
| ▓ | ▓ | NY | ▓ |

| BEST PHONE NUMBER TO CONTACT | EMAIL ADDRESS | PLACE OF BIRTH U.S. CITY AND STATE **OR** FOREIGN COUNTRY | SOCIAL SECURITY NUMBER | BIRTH DATE |
|---|---|---|---|---|
| 516 ▓ | ▓ | USA | ▓ | ▓ |

Answer the following questions by checking or marking "yes" or "no" in the boxes to the right of each question.

| | | | |
|---|---|---|---|
| 1a. | Have you ever been convicted of a crime? | ☐ Yes | ☑ No |
| 1b. | If so, what crime? | | |
| 2. | Are you a subject of an Order of Protection or restraining order? | ☐ Yes | ☑ No |
| 3. | Has a court, board, commission, or other lawful authority ever determined you to be a danger to yourself or to others **OR** determined you to be incompetent to manage your own affairs? | ☐ Yes | ☑ No |
| 4. | Have you ever been committed to a psychiatric care facility? | ☐ Yes | ☑ No |
| 5. | Have you ever had a pistol permit suspended or revoked? | ☑ Yes | ☐ No |
| 6. | Have you ever been convicted in any court of a misdemeanor crime of domestic violence? | ☐ Yes | ☑ No |
| 7a. | Are you a US citizen? | ☑ Yes | ☐ No |
| 7b. | If not, what is your country of citizenship? | | |

| | | |
|---|---|---|
| I request that my long gun be returned to me. | ☑ Yes | ☐ No |
| I plan to do the following with my long gun: ☑ retain ☐ dispose of ☐ sell ☐ transfer | | |

### CERTIFICATION

I certify that the above information is correct to the best of my knowledge.

_Carl Semencic_     2-24-20

Signature               Date