# EXHIBIT A

Nassau County  Police Department

Date 07-19-2016

**Received From:**
Name: SEMENCIC, CARL/BARBARA
Address: 527 DOGWOOD AVE
Town: WEST HEMPSTEAD, NY 11552
Telephone: _____

**Property Owner, if different from above:**
Name: SEMENCIC, CARL
Address: 527 DOGWOOD AVE
Town: WEST HEMPSTEAD, NY 11552
Telephone: _____

**The Following Property:**
1. OLD ARM RUGER S#145-64559
2. UNK. MAKE S#BL0074
3. J&S HAWKIN S#J24776
4. UNK. MAKE S#01928
5. ETHAN ALLEN S#S07102

At: 527 DOGWOOD AVE WEST HEMPSTEAD, NY 11552
(Location)

_____
(Location)

The return of rifles and shotguns will be based on the results of an administrative review. To facilitate this review, this Department will be forwarding to the above address a Long Gun Review Record form.

Please complete and return the form, as instructed, to expedite this process.

Legal disposition of all licensed firearms, rifles, shotguns and other weapons must be made within one year from the date of this receipt, or same will be destroyed in accordance with law. (Section 400.05 P.L.)

| Rank | Name Di Cara | Shield # 2870 | Command |

PDCN 41 - REV. 7/13
Prepare in Duplicate

[Signature: Semencic]

# Nassau County  Police Department

Date: 07-19-2016

**Received From:**
Name: SEMENCIC, CARL/BARBARA
Address: 527 DOGWOOD AVE
Town: WEST HEMPSTEAD, NY 11552
Telephone: _____

**Property Owner, if different from above:**
Name: SEMENICIC, CARL
Address: 527 DOGWOOD AVE
Town: WEST HEMPSTEAD, NY 11552
Telephone: _____

**The Following Property:**
1. WHITE HANDLE OVER-UNDER PISTOL
2. BROWNING S#516MP13116
3. RUGER LCP S#37165639
4. GLOCK 22 S#RFF166
5. UNK. MAKE MUZZLE LOADER RIFLE

At: _____
(Location)

_____
(Location)

The return of rifles and shotguns will be based on the results of an administrative review. To facilitate this review, this Department will be forwarding to the above address a Long Gun Review Record form.

Please complete and return the form, as instructed, to expedite this process.

Legal disposition of all licensed firearms, rifles, shotguns and other weapons must be made within one year from the date of this receipt, or same will be destroyed in accordance with law. (Section 400.05 P.L.)

Rank / Name: DiLnzo / Shield #: DSN OUT / Command

PDCN 41 - REV. 7/13
Prepare in Duplicate

[signature] Seminac

Pg 2 of 4

# Nassau County  Police Department

Date: 07-19-2016

**Received From:**
Name: SEMENCIC, CARL/BARBARA
Address: 527 DOGWOOD AVE
Town: WEST HEAMPSTEAD, NY 11552
Telephone: _____

**Property Owner, if different from above:**
Name: SEMENCIC, CARL
Address: 527 DOGWOOD AVE
Town: WEST HEMPSTEAD, NY 11552
Telephone: _____

**The Following Property:**
1. MARLIN S#444SS
2. RUGER S#112-04780
3. OCTOBER COUNTRY MUZZLE LOADER UNK. S#
4. PARKER-HALE LIMITED MUZZLE LOADER S#37269
5. MUZZLE LOADER UNK. MAKE UNK S#

At: _____
(Location)

_____
(Location)

The return of rifles and shotguns will be based on the results of an administrative review. To facilitate this review, this Department will be forwarding to the above address a Long Gun Review Record form.

Please complete and return the form, as instructed, to expedite this process.

Legal disposition of all licensed firearms, rifles, shotguns and other weapons must be made within one year from the date of this receipt, or same will be destroyed in accordance with law. (Section 400.05 P.L.)

Rank / Name / Shield # / Command

PDCN 41 - REV. 7/13
Prepare in Duplicate

Pg 3 of 4

Nassau County  Police Department

Date 07-19-2016

**Received From:**
Name: SEMENCIC, CARL/BARBARA
Address: 527 DOGWOOD AVE
Town: WEST HEMPSTAED, NY 11552

Telephone: _____

**Property Owner, if different from above:**
Name: SEMENCIC, CARL
Address: 527 DOGWOOD AVE
Town: WEST HEMPSTEAD, NY 11552

Telephone: _____

**The Following Property:**
1. GARNER MUZZLE LOADER UNK. S#
2. WINCHESTER SHOTGUN S#C637790
3. 54 CAL. MUZZLE LOADER S#013953
4. 1954 STAR S#MM7440-6477
5. DEER STALKER 54 CAL. LYMAN S#313-957

At: _____
(Location)

_____
(Location)

The return of rifles and shotguns will be based on the results of an administrative review. To facilitate this review, this Department will be forwarding to the above address a Long Gun Review Record form.

Please complete and return the form, as instructed, to expedite this process.

Legal disposition of all licensed firearms, rifles, shotguns and other weapons must be made within one year from the date of this receipt, or same will be destroyed in accordance with law. (Section 400.05 P.L.)

_Rank_ _Name_ _Shield #_ _Command_

PDCN 41 - REV. 7/13
Prepare in Duplicate

Pg 4 of 4