June 17, 2022

**<u>JOINT STATUS LETTER</u>**

Honorable Anne Y. Shields
United States District Court, Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

  In Re:  <u>Carl T. Semencic v The County of Nassau</u>, *et al*
       18-CV-5244-GRB-AYS

Your Honor:

  Please consider this correspondence the Joint Status Letter required as per your Scheduling Order dated May 17, 2022.
0
  Please be advised that significant fact discovery has been completed to date: plaintiff Carl Semencic has been deposed, as have co-defendants Robert McGrory and Kenneth Magnuson, as well as former co-defendants and current non-party witnesses Robert Fineo and Daniel Maloney.

  The depositions taken to date indicate that additional testimony will be required from Daniel Maloney's former Fire Chief at the Franklin Square and Munson Fire Department (an individual identified as "John Saltzman") and also his former Fire Captain (an individual identified as "Joseph Gerratto"). These same depositions also indicate the need to take testimony from Nassau County Police Officers named "DiConza" and "McEvoy." Officers DiConza and McEvoy who have been identified as the officers who took two (2) different statements from Mr. Maloney on the night Mr. Semencic was arrested.

  Counsel for the parties are currently in the process of arranging dates for these witnesses, and hope to have these depositions completed by no later than July 31, 2022.

  In addition, the County Defendants have expressed an interest in deposing plaintiff's wife, Barbara Semencic. Mrs. Semencic is available to be deposed at a mutually agreeable date and time.

Hon. Anne Y. Shields
18-CV-5244-GRB-AYS
June 17, 2022
Page 2 of 2

Respectfully Submitted,

| | |
|---|---|
| **LAW OFFICE OF** <br> **BRIAN T. STAPLETON, ESQ.** | **THOMAS A. ADAMS** <br> **NASSAU COUNTY ATTORNEY** |
| *Brian T. Stapleton* | *Stephen Carlin* |
| By: Brian T. Stapleton, Esq. <br> 75 South Broadway – 4th Floor <br> White Plains, NY 10601 <br> (914) 623-2034 <br> brian.t.stapleton@gmail.com <br> *Counsel For Plaintiff* <br> *Carl T. Semencic* | By: Stephen Carlin, Esq. <br> One West Street <br> Mineola, NY 11501 <br> (516) 571-6074 <br> scarlin@nassaucountyny.gov <br> *Counsel For Co-Defendants* <br> *Nassau County* <br> *Nassau County Police Department* <br> *NCPD Commissioner Patrick J. Ryder* <br> *NCPO Robert B. McGrory* <br> *NCPO Kenneth J. Magnuson* |