November 26, 2024

**JOINT LETTER**

**Filed Via ECF**

Honorable Nina Morrison
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

  In Re:  <u>Carl T. Semencic v The County of Nassau</u>, *et al*
      18-CV-5244-GRB-AYS

Your Honor:

Please consider this correspondence the Joint Letter required by Order dated and filed November 20, 2024.

  1. **Revised Estimates of Trial Length**

Plaintiff demands that this case be tried by a jury, and estimates that the trial will require four (4) days, inclusive of jury selection.

Defendant demands that this case be tried by the Bench and estimates the trial will require three (3) days.

  2. **Availability For Trial Between February 10 and July 18 of 2025**

Plaintiff is available for trial between the dates of February 10, 2025 and July 18, 2025.

The defendants are available for trial between the dates of February 10, 2025 and July 18, 2025.

Finally, please be advised that the parties have scheduled a mediation for this case to take place on February 13, 2025.

Hon. Nina Morrison
18-CV-5244-GRB-AYS
November 26, 2024
Page 2 of 2

Respectfully Submitted,

| | |
|---|---|
| **LAW OFFICE OF** <br> **BRIAN T. STAPLETON, ESQ.** | **THOMAS A. ADAMS** <br> **NASSAU COUNTY ATTORNEY** |
| *Brian T. Stapleton* | *Ralph J. Reissman* |
| By: Brian T. Stapleton, Esq. <br> 75 South Broadway – 4th Floor <br> White Plains, NY 10601 <br> (914) 623-2034 <br> brian.t.stapleton@gmail.com <br> *Counsel For Plaintiff* <br> *Carl T. Semencic* | By: Ralph J. Reissman, Esq. <br> One West Street <br> Mineola, NY 11501 <br> (516) 571-6074 <br> scarlin@nassaucountyny.gov <br> *Counsel For Co-Defendants* <br> *Nassau County* <br> *Nassau County Police Department* <br> *NCPD Commissioner Patrick J. Ryder* <br> *NCPO Robert B. McGrory* <br> *NCPO Kenneth J. Magnuson* |