UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Carl T. Semencic,<br><br>               Plaintiff,<br><br>    v.<br><br>The County of Nassau, The Nassau County Police Department, Commissioner Patrick J. Ryder, Police Officer Robert B. McGrory and Police Officer Kenneth J. Magnuson, and John Doe #1, *in their individual and official capacities*,<br><br>               Defendants. | 18-cv-5244 (NRM) (AYS)<br><br>**VERDICT SHEET** |

### Excessive Force (§ 1983/Federal)

1. Did the plaintiff prove by a preponderance of the evidence that Robert B. McGrory used excessive force against him on July 19, 2016?

    Yes _____    No _____

2. Did the plaintiff prove by a preponderance of the evidence that Kenneth J. Magnuson used excessive force against him on July 19, 2016?

    Yes _____    No _____

### False Arrest (§ 1983/Federal)

3. Did the plaintiff prove by a preponderance of the evidence that Robert B. McGrory falsely arrested him on July 19, 2016?

    Yes _____    No _____

4. Did the plaintiff prove by a preponderance of the evidence that Kenneth J. Magnuson falsely arrested him on July 19, 2016?

    Yes _____    No _____

## **Unlawful Search and Seizure (§ 1983/Federal)**

5. Did the plaintiff prove by a preponderance of the evidence that Robert B. McGrory effected an unlawful search and seizure at the plaintiff's home on July 16, 2019?

    Yes _____   No _____

6. Did the plaintiff prove by a preponderance of the evidence that Kenneth J. Magnuson effected an unlawful search and seizure at the plaintiff's home on July 16, 2019?

    Yes _____   No _____

## **Assault (State)**

7. Did the plaintiff prove by a preponderance of the evidence that Robert B. McGrory, Kenneth J. Magnuson, or any other officer employed by the Nassau County police department is liable for assault?

    Yes _____   No _____

## **Battery (State)**

8. Did the plaintiff prove by a preponderance of the evidence that that Robert B. McGrory, Kenneth J. Magnuson, or any other officer employed by the Nassau County police department is liable for battery?

    Yes _____   No _____

## **False Arrest (State)**

9. Did the plaintiff prove by a preponderance of the evidence that Robert B. McGrory, Kenneth J. Magnuson, or any other officer employed by the Nassau County Police Department is liable for false arrest?

    Yes _____   No _____

## Malicious Prosecution (State)

10. Did the plaintiff prove by a preponderance of the evidence that Robert B. McGrory, Kenneth J. Magnuson, or any other officer employed by the Nassau County Police Department is liable for malicious prosecution?

    Yes _____    No _____

## Abuse of Process (State)

11. Did the plaintiff prove by a preponderance of the evidence that Robert B. McGrory, Kenneth J. Magnuson, or any other officer employed by the Nassau County Police Department is liable for abuse of process?

    Yes _____    No _____

*If you answered "No" to **all** of the Questions 1–11, your deliberations are complete.*

*If you answered "Yes" to **any** of Questions 1–11, then please proceed to Questions 12–14.*

## DAMAGES

12. <u>Compensatory Damages</u>:  Please state the total amount, if any, of compensatory damages that the plaintiff is entitled to recover.

    $_____

13. <u>Punitive Damages</u>: <u>Did you answer "Yes" to **any** of these questions</u>: Questions 1, 2, 3, 4, 5, and/or 6?

    Yes _____    No _____

14. If your answer to Question 13 is "yes," please indicate in the space provided the amount of punitive damages, if any, you choose to award against the defendants below.
    *Note*:  you may only award punitive damages against a defendant if you answered "yes" as to that particular defendant to at least one of Questions 1, 2, 3, 4, 5, or 6.

3

$_____ against Robert B. McGrory

$_____ against Kenneth J. Magnuson


**You have finished your deliberations.  Please have your foreperson sign and date this verdict form and inform the Court, with a written note, that you have reached a verdict.**


_____, *Foreperson*

Dated: March \_\_\_\_, 2025