AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

Carl T. Semencic
*Plaintiff*
v.
The County of Nassau, et al
*Defendant*

Civil Action No. 2:18-cv-05244-NRM-AYS

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: Plaintiff shall recover from the County of Nassau $500,000 for compensatory damages. Plaintiff shall also recover post-judgment interest, calculated from the date the Clerk of Court enters judgment in this action until the date of payment, at the rate set forth in 28 U.S.C. § 1961. This Judgment does not dispose of any other post-trial motions either party may file under Fed. R. Civ. Proc. 59 within 28 days of the entry of judgment.

This action was *(check one)*:

☑ tried by a jury with Judge Nina R. Morrison presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for

Date: 3/5/2025

Brenna B. Mahoney
CLERK OF COURT

*Signature of Clerk or Deputy Clerk*