MANDATE

**UNITED STATES COURT OF APPEALS**
**FOR THE**
**SECOND CIRCUIT**

—————————————————————————

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 12th day of March, two thousand twenty-six,

—————————————————————————

Carl T. Semencic,

          Plaintiff - Appellee,

  v.

County of Nassau, Nassau County Police Department, Commissioner Patrick J. Ryder, individually and officially, Police Officer Robert B. McGrory, individually and officially, Police Officer Kenneth J. Magnuson, individually and officially, John Doe #1, individually and officially,

          Defendants - Appellants,

Franklin Square & Munson Fire Department, Daniel Maloney, individually, Robert Fineo, individually, John Doe #2, individually,

          Defendants.

—————————————————————————

**ORDER**
Docket No. 25-2730

The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to FRAP 42.

The stipulation is hereby "So Ordered".

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit